IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAWN FACKLER, | ) |
|                Plaintiff, | ) |
| v. | ) Court No. 4:21-cv-168 |
| | ) |
| BRIAN D. MARCH, *et al.,* | ) |
| | ) |
|                Defendants. | ) |

## NOTICE OF REMOVAL

TO:       Clerk of the United States District Court
             Southern District of Indiana

             Clerk of the Jefferson Circuit Court
             Jefferson County, Indiana
             300 East Main Street
             Madison, IN 47250

             Ms. Heidi Kendall-Sage
             Alcorn Sage Schwartz & Magrath, LLP
             One West Sixth Street
             Madison, IN 47250
             Tel: (812) 273-5230
             sage@advocatelawoffices.com
             *Counsel for Plaintiff*

Defendant, BRIAN D. MARCH (hereinafter "Defendant"), through its counsel, Hart McLaughlin & Eldridge, LLC, hereby provides Notice of Removal of this action to the U.S. District Court for the Southern District of Indiana, from the Circuit Court of Jefferson County, Indiana, based on diversity of citizenship, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, with full reservation of any and all defenses and objections. The specific grounds for removal are as follows:

**Plaintiff's Complaint**

1. On September 28, 2021, Plaintiff Dawn Fackler ("Plaintiff") commenced this personal injury action in the Circuit Court of Jefferson County, Indiana, Case No. 39C01-2109-CT-000765, entitled *Dawn Fackler v. Brian D. March and State Farm Mutual Automobile Insurance Company*. Plaintiff's Complaint is attached as Exhibit A. The Civil Cover Sheet instituting this removal action in the U.S. District Court for the Southern District of Indiana is attached as Exhibit B.

2. According to the court docket, State Farm Mutual Automobile Insurance Company has not yet been served as of the date of the filing of this notice of removal. *See* Exhibit C.

3. Plaintiff's Complaint contains one count sounding in negligence. *See* Exhibit A. Plaintiff alleges that she suffered "serous injuries"; Plaintiff seeks damages for "medical expenses," which are ongoing and for lost wages. *Id.* Plaintiff alleges she "suffered loss of enjoyment of life … has endured pain and suffering." *Id.*

4. Plaintiff's Complaint does not give rise to a federal question and does not explicitly allege an amount in controversy exceeding $75,000. *See id.*

**Citizenship of the Parties is Diverse**

5. Plaintiff is a citizen of Indiana. *See* Exhibit A and attached exhibits.

6. Defendant Brian D. March is a citizen of Kentucky. *See id.*

7. Defendant State Farm Mutual Automobile Insurance Company is an Illinois insurance company with its principal place of business in Bloomington,

Illinois. *See* Exhibit D attached. Accordingly, State Farm is considered a citizen of Illinois. *Id.*

8. In sum, complete diversity of citizenship exists, as Plaintiff is not a citizen of the same states as Defendants. *See Wis. Dept. of Corr. v. Schacht,* 524 U.S. 381 (1988); *Caterpillar, Inc. v. Lewis*, 519 U.S. 61, 117 (1996).

**Amount in Controversy is Satisfied**

9. Pursuant to 28 U.S.C. § 1332, in addition to diversity of the parties, the other prerequisite for a district court having original jurisdiction is that "the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs."

10. Plaintiff's Complaint prays for damages for "serious injuries," medical expenses, pain and suffering, loss of enjoyment of life, and lost wages. The Complaint does not make any specific allegations regarding the amount in controversy. *See* Exhibit A.

11. Further, Plaintiff's counsel represented during a phone call that Plaintiff, almost two years after the accident, is still undergoing medical treatment for her alleged injuries and underwent elbow surgery.

12. Although Defendant denies that Plaintiff is entitled to any relief whatsoever, it is clear, based on the Complaint and discussions with Plaintiff's counsel, that the amount in controversy exceeds $75,000, exclusive of interests and costs and the amount in controversy is satisfied.

**Notice of Removal is Timely and Proper**

13. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000, and there is complete diversity of citizenship between Plaintiff and Defendant. This action may thus be removed to this Court pursuant to 28 U.S.C. § 1441.

14. This Notice of Removal is properly directed to this Court pursuant to 28 U.S.C. § 1446(a), as the Southern District of Indiana is the District Court embracing the Circuit Court of Jefferson County, Indiana, where Plaintiff's Complaint is pending.

15. Removal is timely, pursuant to 28 U.S.C. § 1446(b), in that this Notice is being filed within 30 days after receipt by Defendant of a copy of the initial pleading.

16. Defendant was first able to ascertain that this action is one which has become clearly removable upon receipt of Plaintiff's Complaint on October 12, 2021. Accordingly, this Notice of Removal is being timely filed within thirty days.

17. In compliance with 28 U.S.C. § 1446(d), Defendant has issued written notice of the filing of this Notice of Removal to all attorneys of record and the Clerk of the Superior Court of Marion County, Indiana. *See* Notice of Filing, Exhibit E attached.

18. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81-2, a copy of the State Court Record, including a copy of the docket sheet, and all process, pleadings, orders,

and all other filings are attached as Exhibit F and organized in chronological order. The State Court Record includes the Complaint, Appearance by Plaintiff's counsel, Subpoena/Summons. *Id.*

WHEREFORE, Defendant, Brian D. March, respectfully gives notice that the above action, now pending against it in the Circuit Court of Jefferson County, Indiana, is removed to the United States District Court for the Southern District of Indiana, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

    Respectfully submitted,

    HART MCLAUGHLIN & ELDRIDGE, LLC

By:    /s/ Ben Shrader
    One of the attorneys for Defendant,
    BRIAN D. MARCH

Ben Shrader, Esq.
Hart McLaughlin & Eldridge, LLC
22 W. Washington St., Suite 1600
Chicago, Illinois 606501
Ph: (312) 955-0545
bshrader@hmelegal.com